March 1, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

RWLS, L.L.C., Appellant

NO. 14-11-01053-CV                          V.

GRAY WIRELINE SERVICE, INC., Appellee

_____

This court today heard a motion for rehearing filed by appellant, RWLS, L.L.C. We order that the motion be overruled, and that this court's former judgment of February 2, 2012, be vacated, set aside, and annulled. We further order this court's opinion of February 2, 2012 withdrawn.

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on November 28, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by RWLS, L.L.C.

We further order this decision certified below for observance.